# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANYANSO J. AGWU, Reg. #19481-045 | * | |
| | * | |
| Petitioner, | * | |
| v. | * | |
| | * | No. 2:13CV00024-JLH-JJV |
| ANTHONY HAYNES, | * | |
| *Warden, FCI-Forrest City,* | * | |
| | * | |
| Respondent. | * | |

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

SO ORDERED this 1st day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE